IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| DAVID MANUEL ARRELLANO,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITY FINANCE CORPORATION,<br><br>    Defendant. | Case No. 5:19-cv-00093-C |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, DAVID MANUEL ARRELLANO, voluntarily dismisses Defendant, SECURITY FINANCE CORPORATION, with prejudice from this action with each party to bear its own attorney's fees and costs.  This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATED: July 26, 2019

Respectfully submitted,

**DAVID MANUEL ARRELLANO**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com

1