IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| DAVID MANUEL ARRELLANO, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| SECURITY FINANCE CORPORATION, | ) ) |
| Defendant. | )   Civil Action No. 5:19-CV-093-C |

## ORDER

The Court, having considered Plaintiff's Notice of Voluntary Dismissal, filed July 26, 2019, is of the opinion that Plaintiff may voluntarily dismiss all claims asserted against Security Finance Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). It is therefore **ORDERED** that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** as of July 26, 2019. The Clerk of Court is hereby directed to close this civil action.

SO ORDERED this 30th day of July, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE